

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 5/20/2014

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** Michael M. Bonelli
Senior United States Probation Officer

**Subject:** Black, Marquavious
Dkt. No. 0419 3:05CR00078-1
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC

JUN 0 4 2014

US District Court
Western District of NC

---

On 02/27/2006, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Convicted Felon. The defendant was ordered to serve 96 months' imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 09/06/2012. The following property was seized from the defendant during his supervision term: 1) Digital Scales (AWS Blade-1Kg s/n 0014-76847), 2) Crack Cocaine, 3) Cell Phone (Sanyo Boost Mobile, 4) Cell Phone (HTC BTR 6300VW- Black).

His term of supervised release was revoked on 09/27/2013, and he was ordered to serve a sentence of 18 months imprisonment to be followed by (1) one year of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____    _____
Signature of Judicial Officer                                Date